UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| POWER THE FUTURE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Civil Action No. 24-2070 (RBW) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:  June 24, 2026
　　　　Washington, DC

*/s/ Matthew D. Hardin (By Permission)*
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*/s/ Christopher Horner (By Permission)*
Christopher Horner, D.C. Bar No. 440107
1725 I Street NW, Suite 300, PMB #2094
Washington, DC 20006
Phone: (202) 262-4458
Email: Chris@CHornerLaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: 　　　*/s/ Stephanie R. Johnson*
　　STEPHANIE R. JOHNSON
　　D.C. Bar #1632338
　　Assistant United States Attorney
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 252-7874
　　Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*